No. 825, Misc.   LEACH ET AL. v. FLORIDA.   Supreme Court of Florida.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Thomas A. Larkin* for petitioners.

No. 934, Misc.   CIUCCI v. SAIN, SHERIFF OF COOK COUNTY, ET AL.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *George N. Leighton* for petitioner.   *Daniel P. Ward* and *John T. Gallagher* for respondents.

No. 42.   CAMPBELL, COMMISSIONER OF AGRICULTURE OF GEORGIA, ET AL. v. HUSSEY ET AL., *ante*, p. 297;

No. 521.   POWELL v. NATIONAL SAVINGS & TRUST CO. ET AL., *ante*, p. 946;

No. 552.   ESTATE OF GARTLAND v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 954;

No. 568.   BERRY v. UNITED STATES, *ante*, p. 955;

No. 570.   MacRAE ET UX. v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 955;

No. 558, Misc.   DEC v. NEW YORK, *ante*, p. 971; and

No. 567, Misc.   PONS v. REPUBLIC OF CUBA, *ante*, p. 960.   Petitions for rehearing denied.